UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JUSTIN GIBSON,

       Plaintiff,                        Case No. 2:20-cv-259

v.                                               Honorable Paul L. Maloney

DEBRA A. LEBLANC,

       Defendant.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  January 22, 2021                /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge